AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 5 - 5 4 3__

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

__JUL 2 8 2005__      __Wynton Smith__
(Date forms issued)      (Signature of Party or their Representative)

__Wynton Smith__
(Printed name of Party or their Representative)

Parcels Inc.

Note: Completed receipt will be filed in the Civil Action