## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE ORIGINAL CREATINE PATENT COMPANY, LTD, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. _____ |
| v. | ) ) ) | |
| UNIVERSAL NUTRITION, INC. | ) ) | |
| Defendant. | ) | |

### THE ORIGINAL CREATINE PATENT COMPANY'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Original

Creatine Patent Company, Ltd., ("OCPC") hereby states that it is a privately-held, United

Kingdom corporation.  OCPC does not have a parent corporation, and no publicly held

corporation owns 10% or more of OCPC's stock.

Respectfully submitted,

Of Counsel:

James K. Lewis
Justin M. Brown
PATTON BOGGS LLP
1660 Lincoln St., Suite 1900
Denver, CO 80264
Telephone: 303-830-1776
Facsimile: 303-894-9239

Marc R. Labgold, Ph.D.
Kevin M. Bell
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
Telephone: (703) 744-8000
Facsimile: (703) 744-8001

Dated: July 28, 2005
692447

POTTER ANDERSON & CORROON LLP

By: *Richard L. Horwitz*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*The Original Creatine Patent Company, Ltd.*