# United States District Court

## District of Delaware

THE ORIGINAL CREATINE
PATENT COMPANY, LTD.

                Plaintiff,

v.

UNIVERSAL NUTRITION, INC.

                Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 543

**TO:** (Name and Address of Defendant)

UNIVERSAL NUTRITION, INC.
C/O SECRETARY OF STATE
STATE OF DELAWARE
TOWNSEND BUILDING
DOVER, DELAWARE 19901

UNIVERSAL NUTRITION, INC.
3 Terminal Road
New Brunswick, N.J. 08901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

BY DEPUTY CLERK

JUL 28 2005

DATE

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE July 28, 2005 |
|---|---|
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served: Secretary of State, State of Delaware, Townsend Bldg., Dover, DE 19901. Service was Accepted by Martina Martin at 4:27 p.m.
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:
- [ ] Returned unexecuted:
- [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/28/05
(Date)

Signature of Server: Edward J Jones I

Address of Server
32 Loockerman Square, Ste 109
Dover DE 19904

692437

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.