**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE ORIGINAL CREATINE <br> PATENT COMPANY, LTD, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL NUTRITION, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C. A. No. 05-543 (GMS) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

IT IS HERE BY STIPULATED, by and between the parties hereto, subject to the approval of the Court, that the deadline for defendant to file an Answer to the Complaint filed in the above-captioned action is extended to October 3, 2005, in order for the parties to engage in settlement negotiations over the next 45 days.

| POTTER ANDERSON & CORROON LLP | FINGER & SLANINA, LLC |
|---|---|
| By:  */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> Telephone: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com | By:  */s/ David L. Finger* <br> David L. Finger (#2556) <br> One Commerce Center <br> 1201 Orange Street, Suite 725 <br> Wilmington, DE 19801-1155 <br> Telephone: (302) 884-6766 <br> dfinger@delawgroup.com <br><br> *Attorney for Defendant* <br> *Universal Nutrition, Inc.* |

*Attorneys for Plaintiff*
*The Original Creatine Patent Company, Ltd.*

SO ORDERED on this _____ day of August, 2005.

_____
J.

695213