IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE ORIGINAL CREATINE PATENT COMPANY, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C. A. No. 05-543 (GMS) |
| UNIVERSAL NUTRITION, INC., | ) ) | |
| Defendant. | ) ) | |

### AFFIDAVIT OF MAILING

STATE OF DELAWARE        )
                                            ) SS:
NEW CASTLE COUNTY   )

David E. Moore, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for The Original Creatine Patent Company, Ltd., plaintiff herein.

2. Defendant Universal Nutrition, Inc., is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 Del. C. § 3104.

3. On July 29, 2005, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Universal Nutrition, Inc., 3 Terminal Road, New Brunswick, NJ 08901, informing defendant that process had been served pursuant to 10 Del. C. § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Summons and

Complaint. On August 10, 2005, the return receipt was received by David E. Moore, Esquire, as evidenced by the return receipt attached as Exhibit A.

Dated this 19th day of August 2005.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Plaintiff,
The Original Creatine Patent Company, Ltd.

SWORN AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

695713

2