EXHIBIT A

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RB85 8342 235U S**
Status: **Delivered**

Your item was delivered at 11:44 am on August 02, 2005 in NEW BRUNSWICK, NJ 08901.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

REGISTERED MAIL
RETURN RECEIPT REQUESTED
Universal Nutrition, Inc.
3 Terminal Road
New Brunswick, NJ 08901

RLH / 29239

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) RB 858 342235 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540