IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE ORIGINAL CREATINE )
PATENT COMPANY, LTD., )
                                     )
                Plaintiff, )
                                     )        C.A. No. 05-543 GMS
        v.                           )
                                     )
UNIVERSAL NUTRITION, INC., )
                                     )
                Defendant. )

## STIPULATION AND ORDER

WHEREAS, the parties hereto have been engaged in settlement discussions; and

WHEREAS, the parties have determined that such discussions have been productive and

that continuing such discussions would be mutually beneficial

IT IS HERE BY STIPULATED, by and between the parties hereto, subject to the

approval of the Court, that the deadline for defendant to file an Answer to the Complaint filed in

the above-captioned action is extended to December 5, 2005.

Dated: November 8, 2005


/s/ Richard L. Horwitz                          /s/ David L. Finger
Richard L. Horwitz (De Bar ID #2246)            David L. Finger (DE Bar ID #2556)
David E. Moore (DE Bar ID #3983)                Finger & Slanina, LLC
Potter Anderson & Corroon LLP                   One Commerce Center
Hercules Building, 6th floor                    1201 Orange Street, Suite 725
1313 North Market Street                        Wilmington, DE 19801-1155
Wilmington, DE 19801                            (302) 884-6766
(302) 984-6000                                  Attorney for defendant
Attorneys for plaintiff


            SO ORDERED on this _____ day of November, 2005.


            _____
            J.