## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE ORIGINAL CREATINE PATENT COMPANY, LTD | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-543 GMS |
| UNIVERSAL NUTRITION, INC. | ) ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

WHEREAS the parties are engaged in settlement discussions and have made substantial progress towards settlement, but require additional time to finalize all the terms of the settlement:

IT IS HEREBY STIPULATED, by and between the parties hereto, subject to the approval of the Court, that the deadline for Defendant to file an Answer to the Complaint filed in this action is extended to January 9, 2006.

Dated November 30, 2005

| | |
|---|---|
| */s/ David E. Moore* | */s/ David Finger* |
| Richard L. Horowitz (DE Bar ID #2246) | David Finger (DE Bar ID #2556) |
| David E. Moore (DE Bar ID # 3983) | Finger & Slanina, LLC |
| Potter Anderson & Corroon LLP | One Commerce Center |
| Hercules Building, 6th Floor | 1201 Orange Street, Suite 725 |
| 1313 North Market Street | Wilmington, DE 19801-1155 |
| Wilmington, DE 19801 | (302) 884-6766 |
| (302) 984-6000 | Attorney for Defendant |
| Attorneys for Plaintiff | |

APPROVED AND ORDERED THIS ____ day of _____, 2005

_____
U.S. District Court Judge

709287