UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE ORIGINAL CREATINE <br> PATENT COMPANY, LTD., <br> <br> Plaintiff/Counterclaim Defendant, <br> <br> v. <br> <br> UNIVERSAL NUTRITION, INC. <br> <br> Defendant/Counterclaim Plaintiff. | C.A. No. 05-543 (GMS) |

**PLAINTIFF'S REPLY TO DEFENDANT
UNIVERSAL NUTRITION, INC.'S ANSWER TO COMPLAINT,
DEFENSES, COUNTERCLAIMS, AND PRAYER FOR RELIEF**

Plaintiff, The Original Creatine Patent Company, Ltd. ("OCPC"), replies to Defendant, Universal Nutrition, Inc.'s ("Universal") counterclaims in this case as follows:

1. OCPC admits that Universal purports to assert counterclaims against OCPC in paragraph 24 of Universal's counterclaims.

2. OCPC admits that jurisdiction over the subject matter of Universal's counterclaims is proper under 28 U.S.C. §§ 1331, 1338(a) and 2201, but denies that 28 U.S.C. § 2202 confers jurisdiction over Universal's counterclaims.

3. OCPC admits that a justiciable controversy exists between OCPC and Universal concerning the patents-in-suit identified in OCPC's complaint.

4. OCPC denies the allegations set forth in paragraph 27 of Universal's counterclaims.

5. OCPC denies the allegations set forth in paragraph 28 of Universal's counterclaims.

6. OCPC denies the allegations set forth in paragraph 29 of Universal's counterclaims.

7. OCPC denies the allegations set forth in paragraph 30 of Universal's counterclaims.

### Request for Relief

**WHEREFORE**, Plaintiff, The Original Creatine Patent Company, Ltd., hereby respectfully requests entry of judgment in its favor as follows:

a. dismissal of Universal's counterclaims in their entirety, with prejudice;

b. that the '159 patent is infringed by the accused products;

c. that the '544 patent is infringed by the accused products;

d. that the '161 patent is infringed by the accused products;

e. that the '159 patent is valid and enforceable;

f. that the '544 patent is valid and enforceable;

g. that the '161 patent is valid and enforceable;

h. that OCPC be awarded its costs and attorneys' fees; and

i. any other relief this Court deems appropriate under the circumstances.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Of Counsel:

PATTON BOGGS LLP
Marc R. Labgold, Ph.D.
Kevin M. Bell
8484 Westpark Drive
McLean, Virginia 22102
Telephone: (703) 744-8000
mlabgold@pattonboggs.com
kbell@pattonboggs.com

Attorneys for Plaintiff
The Original Creatine Patent Company, Ltd

2

James K. Lewis
Justin M. Brown
1660 Lincoln Street, Suite 1900
Denver, CO 80264
Phone: (303) 830-1776
Fax: (303) 894-9239
jlewis@pattonboggs.com
jmbrown@pattonboggs.com

Dated: December 21, 2005
712172 / 29239

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on December 21, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

/s/ Richard L. Horwitz (#2246)
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

712233