IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE ORIGINAL CREATINE PATENT COMPANY, LTD., <br><br>Plaintiff, <br><br>v. <br><br>UNIVERSAL NUTRITION INC., <br><br>Defendant. | Civil Action No. 1:05-CV-00543-GMS |

## CONSENT JUDGMENT

This lawsuit having been commenced against defendant Universal Nutrition Inc. ("Universal") by plaintiff The Original Creatine Patent Company, Ltd. ("OCPC") for infringement of U.S. Patent Nos. 5,767,159, 5,968,544 and 6,274,161B1 (collectively, "the Patents-in-Suit").

OCPC and Universal having sought to terminate this litigation with prejudice as to each and every one of the issues between them, to wit, the infringement of the claims of the Patents-in-Suit, as well as any other issues set forth in the Complaint, Answer and Counterclaims, and Answer to Counterclaims; and

OCPC and Universal having entered into a Settlement and Licensing Agreement ("Agreement") for good and valuable consideration;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED by consent of the parties as follows:

1.  This Court has personal jurisdiction over the parties to this action and jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and 2201.

- 2 -

2. OCPC is the lawful owner by assignment of U.S. Patent Nos. 5,767,159, 5,968,544 and 6,274,161B1.

3. Pursuant to, and in consideration of, the terms of the Agreement of the parties, all claims and counter claims of OCPC and of Universal are hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees except as modified by the terms of the Agreement.

4. This Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and the Agreement between the parties.

The undersigned parties consent to the entry of this Consent Judgment without further notice and expressly waive any right of appeal, review or reconsideration, and all claims are hereby DISMISSED.

- 3 -

CONSENTS

| POTTER ANDERSON & CORROON LLP | FINGER & SLANINA, LLC |

/s/ Richard L. Horwitz
Richard L. Horwitz (#2256)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19299
Telephone: (302) 984-6000
Facsimile: (302) 658-1129
rhorowitz@potteranderson.com
dmoore@potteranderson.com

Of Counsel

Marc R. Labgold
Kevin M. Bell
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
Telephone: (703) 744-8000
Facsimile: (703) 744-8001
mlabgold@pattonboggs.com
kbell@pattonboggs.com

James K. Lewis
Justin M. Brown
PATTON BOGGS LLP
1600 Lincoln Street, Suite 1900
Denver, Colorado 80264
Telephone: 303-830-1776
Facsimile: 303-894-9239
jlewis@pattonboggs.com
jbrown@pattonboggs.com

Attorneys for Plaintiff
The Original Creatine Patent Company, Ltd.

/s/ David L. Finger
David L. Finger (#2556)
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, Delaware 19801-1155
Telephone: (302) 884-6766
Facsimile: (302) 984-1294
dfinger@delawgroup.com

Of Counsel

Richard J. Basile
ST. ONGE STEWARD JOHNSTON &
REENS LLC
986 Bedford Street
Stamford, CT 06905-5619
Telephone: 203-324-6155
Facsimile: 203-327-1096
lit@ssjr.com

Attorneys for Defendant
Universal Nutrition Inc.

SO ORDERED:

Date:_____, 2006

_____
United States District Judge

225947