IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE ORIGINAL CREATINE PATENT COMPANY, LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-CV-00543-GMS |
| UNIVERSAL NUTRITION INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby stipulated by the parties, subject to the approval of the Court, that this action, including all claims and counterclaims, is dismissed with prejudice subject to the terms of the Settlement and License Agreement executed on March 8, 2006, with each party to bear its own attorneys' fees and costs.

| POTTER ANDERSON & CORROON LLP | FINGER & SLANINA LLC |
|---|---|
| */s/ Richard L. Horwitz* | */s/ David L. Finger* |
| Richard L. Horwitz (#2246) | David L. Finger (#2556) |
| David E. Moore (#3983) | One Commerce Center |
| Hercules Plaza, 6th Floor | 1201 Orange Street, Suite 725 |
| 1313 North Market Street | Wilmington, Delaware 19801-1155 |
| P.O. Box 951 | Telephone: 302-884-6766 |
| Wilmington, Delaware 19299 | Facsimile: 302-884-1294 |
| Telephone: 302-984-6000 | dfinger@delawgroup.com |
| Facsimile: 302-658-1129 | |
| rhorowitz@potteranderson.com | |
| dmoore@potteranderson.com | |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |
| The Original Creatine Patent Company, Ltd. | Universal Nutrition Inc. |

1